# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| AMBER SIEBER, as Personal Representative of the Estate of Kevin M. Sieber, Deceased, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **CASE NO.: 1:20-cv-00185** |
| | ) |
| DANIELI CORPORATION AND DANIELI & C. OFFICINE MECCANICHE S.P.A., | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES

Plaintiff, Amber Sieber, as Personal Representative of the Estate of Kevin M. Sieber, Deceased, by counsel, Burt, Blee, Dixon, Sutton & Bloom, LLP, hereby notifies the Court that the parties have resolved all claims in the litigation filed under Cause No. 1:20-cv-00185. Therefore, the Plaintiff requests the Court to vacate all pending dates and deadlines in this matter. The parties anticipate dismissal of this matter within sixty (60) days.

Respectfully submitted,

BURT, BLEE, DIXION, SUTTON & BLOOM, LLP

s/Jeremy J. Grogg
Jeremy J. Grogg, #24206-02
Jeffrey A. Clark, #18357-49
200 E. Main Street, Suite 1000
Fort Wayne, Indiana 46802
Telephone: (260) 426-1300
Attorneys for Plaintiff, Amber Sieber, as Personal Representative of the Estate of Kevin M. Sieber, Deceased

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded via ECF electronic mail ("email") United States First Class Mail (postage prepaid), or hand delivery, on the 21st day of October, 2022, to:

Barath S. Raman
Lewis & Wagner, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
braman@lewiswagner.com

Frank J. Ciano
Jenson Varghese
Gerbon Ciniao Kelly Brady, LLP
150 Grant Street
White Plains, NY 10601
fciano@gerberciano.com
jvarghese@bergerciano.com

                                                s/Jeremy J. Grogg
                                                Jeremy J. Grogg