IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

OCT 28 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AMBER SIEBER, as Personal Representative of<br>The ESTATE OF KEVIN M. SIEBER, deceased,<br><br>Plaintiff,<br><br>v.<br><br>DANIELI CORPORATION and DANIELI &<br>C. OFFICINE MECCANICHE S.P.A.,<br><br>Defendants. | Case No. 1:20-cv-00185-HAB-SLC |

## REPORT OF MEDIATOR

Pete Schroeder reports to the Court that this case was mediated on October 20, 2022, and a settlement was reached, subject to Probate Court approval.

NORRIS CHOPLIN SCHROEDER LLP

/s/Peter A. Schroeder
Peter A. Schroeder (#1587-49)
Mediator

NORRIS CHOPLIN SCHROEDER LLP
101 West Ohio Street / Ninth Floor
Indianapolis, IN 46204-4213
317-269-9330; Fax: 317-269-9338

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed on October 25th, 2022, to:

Jeremy J. Grogg
Jeffrey A. Clark
BURT BLEE DIXON SUTTON BLOOM
200 East Main Street, Suite 1000
Fort Wayne, IN 46802

Jensen Varghese
GERBER CIANO KELLY BRADY, LLP
228 Park Avenue South, Suite 97572
New York, New York 10003-1502

/s/Peter A. Schroeder
Peter A. Schroeder